**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMILY REYES DE TAVAREZ,
                Plaintiff,

-against-                                18 **CIVIL** 11018 (JPO)

## JUDGMENT

ROBERT HUGGLER,
                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 10, 2020, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
          March 11, 2020

                                                  **RUBY J. KRAJICK**
                                                      Clerk of Court
                                          BY:
                                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/11/2020